**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 13 MAL 2020

Respondent                :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

v.                         :

                                 :

DANIEL M. PALCHANES,           :

                                 :

Petitioner                 :

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.